UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sandra Highly, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cv-101 |
| ARS National Services, Inc., a , | ) | |
| California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is a "Motion for Dismissal With Prejudice" filed by the plaintiff on February 8, 2008. The plaintiff informs the Court that the parties have settled the case. The Court **ADOPTS** the plaintiff's motion (Docket No. 4) and **ORDERS** that the case be dismissed with prejudice, and without costs or disbursements to either party.

Dated this 11th day of February, 2008.


*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court